B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cohen, Michael** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7075** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1865 N. Wilmot**<br>**Chicago, IL** | Street Address of Joint Debtor (No. and Street, City, and State): |
| --- | --- |
| ZIP Code **60647** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**7440 SW 126th Street**<br>**Miami, FL** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code **33156** | ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)  (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
| --- | --- | --- |
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
| --- | --- | --- |
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
| --- | --- |
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>  ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>  ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>  in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

**B1 (Official Form 1)(04/13)**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cohen, Michael** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Cohen, Michael**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Michael Cohen
Signature of Debtor **Michael Cohen**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 28, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** /s/ SCOTT R. CLAR
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

_____
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**October 28, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael Cohen** _____     Case No. _____
_____     Chapter   **7** _____
                                         Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                 Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Michael Cohen**
                       **Michael Cohen**

Date:   **October 28, 2013**

Certificate Number: 02645-FLS-CC-022134586



02645-FLS-CC-022134586

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 28, 2013</u>, at <u>2:03</u> o'clock <u>PM EDT</u>, <u>Michael Cohen</u> received from <u>123 Credit Counselors, Inc</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>October 28, 2013</u>          By:   <u>/s/Andres Cano</u>

Name:   <u>Andres Cano</u>

Title:   <u>Credit Counselor – Instructor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Cohen**
_____,
                                    Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 512,108.01 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 30,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 1,204,113.32 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 25,200.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 25,065.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| | | Total Assets | 512,108.01 | | |
| | | | Total Liabilities | 1,234,113.32 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Cohen**

_____,    Case No. _____
Debtor

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Michael Cohen** _____ ,   Case No. _____

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Michael Cohen**
,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Checking a/c no. ending 4532** | J | 1,532.90 |
| | | **Marquis Bank** | J | 2,500.00 |
| | | **Marquis Bank** | J | 100.00 |
| | | **Northwestern Mutual - individual brokerage account a/c # ending 1673** | - | 5,958.35 |
| | | **Chase Bank checking a/c no. ending 3736** | - | 5,735.01 |
| | | **Chase Bank revocable trust a/c no. ending 9033** | - | 878.04 |
| | | **Checking account (EMC Ventures) a/c no. ending 5238** | - | 24,066.39 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **7440 LLC holds rental deposit** | - | 9,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary lot of household goods and furnishings for an approximate 3,000 square foot rental for family of six, including bedroom room furniture, television sets, couch, tables, chairs, silverware, etc.** | - | 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures and personal effects** | - | 100.00 |
| 6. Wearing apparel. | | **Ordinary lot of mens clothing.** | - | 100.00 |
| 7. Furs and jewelry. | | **Wedding ring and watch.** | - | 900.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Ordinary lot of photographic, sports or other hobby equipment** | - | 50.00 |

Sub-Total >    53,470.69
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael Cohen**                                                            ,    Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **NW Mutual Insurance.  Whole life.  Amount $800,000, but $475,000 in loans taken against policy).  Wife and children are beneficiaries.  Money borrowed put into CLOZ Companies, Inc., a defunct corporation.** | - | 325,000.00 |
| | | **Northwestern Mutual life insurance trust joint with wife a/c # ending 3130 (loans totalling $5,879.67)** | - | 5,568.03 |
| | | **Interest in the Michael and Casindra Cohen Irrevocable Trust Dated 4/16/2005 Policy no. ending 3130** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **Northwestern Mutual - 529 plan a/c # ending 2518** | - | 23,351.34 |
| | | **Northwestern Mutual - 529 plan a/c # ending 2562** | - | 22,948.99 |
| | | **Northwestern Mutual - 529 plan a/c # ending 4095** | - | 22,948.99 |
| | | **Northwestern Mutual - 529 plan a/c # ending 7431** | - | 10,160.52 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **NW Mutual SEP IRA a/c # ending 4223** | - | 23,614.45 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **(1) EMC Ventures Personal services corporation** | - | 10.00 |
| | | **(2) Cloz Companies, Inc.; executed assignment for the benefit of creditors on May 18, 2013** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >          433,602.32
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Michael Cohen**                                              ,          Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Potential tax refund for 2011 (IRS liability of $30,000 secured against refund)** | - | **25,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Patent for "Towel Twirl"** | - | **10.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Ordinary lot of home office equipment** | - | **25.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >          **25,035.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Michael Cohen**                                              ,        Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Total >        **512,108.01**

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re  **Michael Cohen**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                    *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Checking a/c no. ending 4532** | **735 ILCS 5/12-1001(b)** | **50.00** | **3,065.79** |
| | | | |
| **Marquis Bank** | **735 ILCS 5/12-1001(b)** | **2,500.00** | **5,000.00** |
| | | | |
| **Marquis Bank** | **735 ILCS 5/12-1001(b)** | **100.00** | **200.00** |
| | | | |
| **Northwestern Mutual - individual brokerage account a/c # ending 1673** | **735 ILCS 5/12-1001(b)** | **300.00** | **5,958.35** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, pictures and personal effects** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| | | | |
| **Wearing Apparel** | | | |
| **Ordinary lot of mens clothing.** | **735 ILCS 5/12-1001(a)** | **100.00** | **100.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding ring and watch.** | **735 ILCS 5/12-1001(b)** | **900.00** | **900.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| **NW Mutual Insurance.  Whole life.  Amount $800,000, but $475,000 in loans taken against policy).  Wife and children are beneficiaries. Money borrowed put into CLOZ Companies, Inc., a defunct corporation.** | **735 ILCS 5/12-1001(f)** | **325,000.00** | **325,000.00** |
| | | | |
| **Interest in the Michael and Casindra Cohen Irrevocable Trust Dated 4/16/2005 Policy no. ending 3130** | **215 ILCS 5/238** | **100%** | **0.00** |

|  | | Total: | **329,100.00** | **340,374.14** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re   **Michael Cohen**                                                                 ,          Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Potential tax refund for 2011 (IRS liability of $30,000 secured against refund) | | | | | |
| **IRS/Special Procedures Branch 230 S. Dearborn, #3030A Attn: STOP 5010-CHI Chicago, IL 60604** | | - | | | | | | |
| | | | Value $              **25,000.00** | | | | **30,000.00** | **5,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

|  | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | **30,000.00** | **5,000.00** |
| | Total (Report on Summary of Schedules) | **30,000.00** | **5,000.00** |

B6E (Official Form 6E) (4/13)

In re **Michael Cohen**                                                                                    , Case No. _____
                                          **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Michael Cohen**
_____,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service** **PO Box 802501** **Cincinnati, OH 45280-2501** | - | | **Current year withholdings** | | | | **Unknown** | **Unknown** **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 0.00 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Michael Cohen**                                                           Case No. _____
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AAA Artco** <br>**Attn: Herman** <br>**PO Box 652** <br>**Monroe, NY 10949** | X | - | Corporate liability for corporation that debtor was president | | | | 10,989.29 |
| Account No. <br><br>**ADT** <br>**PO Box 371956** <br>**Pittsburgh, PA 15250-7959** | X | - | Corporate liability for corporation that debtor was president | | | | 2,394.35 |
| Account No. <br><br>**Advertising Special** <br>**Attn: Dana O'Halloran** <br>**3850 E. Street Road** <br>**Feasterville Trevose, PA 19053** | X | - | Corporate liability for corporation that debtor was president | | | | 360.04 |
| Account No. <br><br>**Agile Pacific** <br>**4455 Morena Blvd., #216** <br>**San Diego, CA 92117** | X | - | Corporate liability for corporation that debtor was president | | | | 42.55 |

|  |  |
|---|---|
| __15__ continuation sheets attached | Subtotal <br>(Total of this page) |
|  | 13,786.23 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          S/N:21307-131016    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Cohen**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Alleson Athletic** **2921 Brighton Henrietta Town Line Road** **Rochester, NY 14623** | X | - | | | | | | | 12,862.96 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Alpha Shirt Company** **Attn: Kim Hood** **6 Neshaminy Interplex, 6th Floor** **Feasterville Trevose, PA 19053** | X | - | | | | | | | 13,447.04 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **American Cartridge Recyclers** **1444 W. Carmen Ave.** **Chicago, IL 60640** | X | - | | | | | | | 621.00 |
| Account No. **3009** | | | | | | | | | |
| **American Express** **P.O. Box 0001** **Los Angeles, CA 90096-8000** | | - | | | | | | | 6,265.86 |
| Account No. **2005** | | | | | | | | | |
| **American Express** **P.O. Box 00001** **Los Angeles, CA 90096-8000** | | - | | | | | | | 13,030.25 |

Sheet no. __1___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

46,227.11

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael Cohen_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| American Express PO Box 360001 Fort Lauderdale, FL 33336-0001 | X | - | | | | | | |
| | | | | | | | | 52,579.75 |
| Account No. **1000** | | | | | | | | |
| American Express P.O. Box 00001 Los Angeles, CA 90096-8000 | | - | | | | | | |
| | | | | | | | | 9,237.63 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Arrowear Athletic Apparel Attn: Bob Heller 325 Hendrickson Ave. Lynbrook, NY 11563 | X | - | | | | | | |
| | | | | | | | | 13.90 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Associated Agencies, Inc. 1701 Golf Road Rolling Meadows, IL 60008 | X | - | | | | | | |
| | | | | | | | | 2,569.00 |
| Account No. | | | | Personal guarantee of corporate debt | | | | |
| Associated Bank, N.A. Attn: Mr. Mike Kenworthy 330 E. Kilbourn Ave., #200 Milwaukee, WI 53202 | X | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __2___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

64,400.28

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Cohen**                                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **AT&T - 3885 PO Box 8212 Aurora, IL 60572-8212** | X | - | | | | | | | 1.51 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **AT&T - 7745 PO Box 8212 Aurora, IL 60572-8213** | X | - | | | | | | | 65.68 |
| Account No. **1200** | | | | | | | | | |
| **Bank of America P.O. Box 17054 Wilmington, DE 19850** | | - | | | | | | | 69,566.28 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Biltmore Trunk Mfg. Attn: Frank 850 Shepherd Ave. Brooklyn, NY 11208** | X | - | | | | | | | 2,310.00 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Brave USA 235 N. 1375 W. #130 Logan, UT 84321** | X | - | | | | | | | 1,585.30 |

| | | |
|---|---|---|
| Sheet no. __**3**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 73,528.77 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Cohen**                                                      Case No. _____
                                          ,
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Brine Inc. Attn: Mark Gabel 47 Summer St. Milford, MA 01757** | X | - | | Corporate liability for corporation that debtor was president | | | | 276.14 |
| Account No. **Capco/H&C Headwear 1625 Todd Farm Drive Elgin, IL 60123** | X | - | | Corporate liability for corporation that debtor was president | | | | 322.76 |
| Account No. **6591** **Capital One P.O. Box 6492 Carol Stream, IL 60197-6492** | | - | | | | | | 1,884.06 |
| Account No. **xxxx-xxxx-xxxx-1506** **Chase PO Box 15123 Wilmington, DE 19850-5123** | | - | | | | | | 41,352.70 |
| Account No. **xxxx-xxxx-xxxx-3187** **Chase PO Box 15123 Wilmington, DE 19850-5123** | | - | | | | | | 33,341.37 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,177.03

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Cohen**                                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0876**<br><br>**Chase**<br>**PO Box 15123**<br>**Wilmington, DE 19850-5123** | | - | | | | | 17,737.28 |
| Account No.<br><br>**Customized Mats**<br>**Attn: Tom McBride**<br>**16 Mary St.**<br>**Georgetown, Ontario L7G2MD** | X | - | **Personal Guarantor re: Clöz Companies, Inc.** | | | | 658.00 |
| Account No. **xxxx5223**<br><br>**DIRECTV**<br>**PO Box 9001069**<br>**Louisville, KY 40290-1069** | | - | | | | | 192.06 |
| Account No.<br><br>**Dubow Textile Inc.**<br>**Attn: Robin Dubow**<br>**455 Lincoln Ave. NE**<br>**Saint Cloud, MN 56304** | X | - | **Corporate liability for corporation that debtor was president** | | | | 2,939.30 |
| Account No.<br><br>**Eagle USA**<br>**7309 Natural Bridge, Suite 203**<br>**Saint Louis, MO 63121** | X | - | **Corporate liability for corporation that debtor was president** | | | | 5,601.82 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,128.46

B6F (Official Form 6F) (12/07) - Cont.

In re __Michael Cohen_____,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| eLightbulbs Attn: Carrie 11621 95th Ave. N Maple Grove, MN 55369 | X | - | | | | | | 1,710.70 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Excellent Art Mfg. 172 N. 10th St. Brooklyn, NY 11211 | X | - | | | | | | 6,555.00 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| FedEx Ground Inc. PO Box 94515 Palatine, IL 60094-4515 | X | - | | | | | | 125,030.79 |
| Account No. | | | | Cloz Company Sales tax audit (including penalties and interest) | | | | |
| Florida Department of Revenue Chicago Service Center 4415 W. Harrison St., #448 Hillside, IL 60162-1903 | X | - | | | | | | 7,452.00 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Freeland Studios 340 Huehl Road Northbrook, IL 60062 | X | - | | | | | | 403.06 |

Sheet no. __6___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

141,151.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Cohen**                                                          Case No. _____
                                                          ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| Gavina Graphics 1920 18th St. Charleston, IL 61920 | X | - | | | | | | | 26,463.70 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| Golden Horse Enterprises Attn: Richard Haimowitz 488 Seventh Ave., Suite 8J/K New York, NY 10018 | X | - | | | | | | | Unknown |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| Groot 2500 Landmeier Road Elk Grove Village, IL 60007 | X | - | | | | | | | 143.12 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| HBD Attn: Brian King 3901 Riverdale Dr. Greensboro, NC 27406 | X | - | | | | | | | 333.72 |
| Account No. | | | | | Wage Claim against The Cloz Companies, Inc. - Claim #13001479 | | | | |
| Illinois Dept. of Labor 160 N. LaSalle St., Suite C-1300 Chicago, IL 60601-3150 | X | - | | | | | | | 6,240.00 |

Sheet no. __7__ of __15__ sheets attached to Schedule of          Subtotal          | 33,180.54 |
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Cohen**                                                      ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **J Charles 225 Gap Way Erlanger, KY 41018** | X | - | | Corporate liability for corporation that debtor was president | | | | 209.58 |
| Account No. **Karen Urban 423 South Woodlawn St. Wheaton, IL 60187** | X | - | | Corporate liability for corporation that debtor was president | | | | 11,377.30 |
| Account No. **Label Daddy 20631 Ventur Blvd., #200 Woodland Hills, CA 91364** | X | - | | Corporate liability for corporation that debtor was president | | | | 3,220.00 |
| Account No. xxxxxx0001 **Law Offices osf Jacobs & Pinta Attn: TIna M. Jacobs, Es1. 77 W. Washington ST., #1005 Chicago, IL 60602** | | - | | For Notice Purposes Only.  May have interest in claim of Associated Bank, N.A. | | | | Unknown |
| Account No. **Lawrence & Schiiler Telephone 3817 S. Elmwood Ave. Sioux Falls, SD 57105** | X | - | | Corporate liability for corporation that debtor was president | | | | 39,928.14 |
| Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 54,735.02 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Cohen**                                         ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Leeds 400 Hunt Valley Rd. New Kensington, PA 15068 | X | - | | | | | | 599.36 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Macke Water Systems, Inc. PO Box 545 Wheeling, IL 60090 | X | - | | | | | | 370.19 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Merchants and Manufacturer 801 S. Briggs St. Joliet, IL 60433 | X | - | | | | | | 2,143.09 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| Miller & Cooper & Co. Ltd. 2 N. RIverside Plaza, #900 Chicago, IL 60606 | X | - | | | | | | 14,850.00 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| MJ Soffe Attn: Jamie 1 Soffe Dr. Fayetteville, NC 28312 | X | - | | | | | | 5,902.18 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          23,864.82

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Cohen**                                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Modern Glass Company;**<br>**1000 Industrial Blvd.**<br>**Aliquippa, PA 15001-4871** | X | - | Corporate liability for corporation that debtor was president | | | | 565.54 |
| Account No.<br><br>**Moretz**<br>**514 W. 21st St.**<br>**Newton, NC 28658** | X | - | Corporate liability for corporation that debtor was president | | | | 1,009.90 |
| Account No.<br><br>**Morrison & Morrison**<br>**32 North West St.**<br>**Waukegan, IL 60085** | X | - | Corporate liability for corporation that debtor was president | | | | 15,000.00 |
| Account No.<br><br>**Much Shelist**<br>**191 N. Wacker Dr., #1800**<br>**Chicago, IL 60606** | X | - | Corporate liability for corporation that debtor was president | | | | 15,300.00 |
| Account No.<br><br>**Northwestern Mutual Life**<br>**Attn: Dan Scmieder**<br>**PO Box 3009**<br>**Milwaukee, WI 53201-3009** | X | - | Corporate liability for corporation that debtor was president | | | | 2,001.20 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    33,876.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Cohen**                                                                                ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Ogletree Deakins** **20 S> Clark St., Lobby 2** **Chicago, IL 60603** | X | - | | | | | | | |
| | | | | | | | | | **1,481.00** |
| Account No. | | | | | | | | | |
| **Pacific Financial Leasing** **3455 S 344th Way** **Auburn, WA 98001** | | - | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Pitney Bowes Global** **1 Elmcroft Road** **Stamford, CT 06926** | X | - | | | | | | | |
| | | | | | | | | | **32.00** |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Pitney Works Purchase** **2 Elmcroft Road** **Stamford, CT 06926** | X | - | | | | | | | |
| | | | | | | | | | **3,877.51** |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **Rann World Sourcing** **1735 N. Paulina St.** **Chicago, IL 60622-1133** | X | - | | | | | | | |
| | | | | | | | | | **100,325.96** |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 105,716.47 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Cohen**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| **Rann World Sourcing** 1735 N. Paulina St. Chicago, IL 60622-1133 | X | - | | | | | | 337,700.70 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| **Rhino Trunk & Case** Attn: Anita 565 Blossom Road Rochester, NY 14610 | X | - | | | | | | 1,388.74 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| **RIfle** Attn: Lester or David Rief 14-25 Plaza Rd. Fair Lawn, NJ 07410 | X | - | | | | | | 14,821.56 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| **Rifle (Old Milberg)** Attn: Jim Alpern 300 Brook Stsreet Scranton, PA 18505 | X | - | | | | | | 1,764.03 |
| Account No. | | | | Corporate liability for corporation that debtor was president | | | | |
| **Rubber Stamps Unlimited** 334 S. Harvey St., Suite 1 Plymouth, MI 48170 | X | - | | | | | | 2,240.10 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **357,915.13**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Cohen**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**SK&W**<br>**Mike Schneiderman**<br>**6035 N. Northwest Highway #301**<br>**Chicago, IL 60631** | X | - | | Corporate liability for corporation that debtor was president | | | | 27,016.25 |
| Account No.<br><br>**Stamar Packaging**<br>**Attn: Bob Urow**<br>**PO Box 1157**<br>**Bedford Park, IL 60499** | X | - | | Corporate liability for corporation that debtor was president | | | | 3,065.62 |
| Account No.<br><br>**Storm Duds**<br>**100 Frank Mossberg Dr.**<br>**Attleboro, MA 02703** | X | - | | Corporate liability for corporation that debtor was president | | | | 656.48 |
| Account No.<br><br>**Sunnywood**<br>**Attn: Willi Woo**<br>**2503 Spring Ridge Dr., Unit H**<br>**Spring Grove, IL 60081** | X | - | | Corporate liability for corporation that debtor was president | | | | 0.00 |
| Account No.<br><br>**Teamwork Athletic Apparel**<br>**Attn: Parrish Franklin**<br>**1266 Newport Dr.**<br>**San Marcos, CA 92069** | X | - | | Corporate liability for corporation that debtor was president | | | | 9,585.52 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,323.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Cohen**
_____,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **TechPro** **318 Anderson Blvd.** **Geneva, IL 60134** | X | - | | | | | | | 20,718.43 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **The Hartford** **1650 Borel Pl., #100** **San Mateo, CA 94402** | X | - | | | | | | | 8,255.92 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **The Identity Source** **40500 Grand River Ave., Suite A** **Novi, MI 48375** | X | - | | | | | | | 2,186.89 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **TopNotch Silkscreening, Inc.** **Attn: Sam** **3382 S. ARcher Ave.** **Chicago, IL 60608** | X | - | | | | | | | 42,260.15 |
| Account No. | | | | | Corporate liability for corporation that debtor was president | | | | |
| **UPS** **PO Box 7247-0244** **Philadelphia, PA 19170-0001** | X | - | | | | | | | 21,673.41 |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

95,094.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Cohen**                                                ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Verizon** <br> **PO Box 25505** <br> **Lehigh Valley, PA 18002-5505** | X | - | **Corporate liability for corporation that debtor was president** | | | | 3,114.96 |
| Account No. <br><br> **Waste Management** <br> **1411 Opus Place, #400** <br> **Downers Grove, IL 60515** | X | - | **Corporate liability for corporation that debtor was president** | | | | 565.95 |
| Account No. <br><br> **Xerox** <br> **PO Box 650361** <br> **Dallas, TX 75265-0361** | X | - | **Corporate liability for corporation that debtor was president** | | | | 10,207.87 |
| Account No. <br><br> **Zoup** <br> **29177 Northwestern Hwy.** <br> **Southfield, MI 48034** | X | - | **Corporate liability for corporation that debtor was president** | | | | 2,117.82 |
| Account No. | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 16,006.60 |
| Total (Report on Summary of Schedules) | 1,204,113.32 |

B6G (Official Form 6G) (12/07)

In re   **Michael Cohen**                                      ,        Case No. _____
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **7440 LLC**<br>**Attn: Beatriz Salume Brayer**<br>**10103 Hidden Place**<br>**Miami, FL 33156** | **Lease for home.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re   **Michael Cohen**                                                                    ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | AAA Artco<br>Attn: Herman<br>PO Box 652<br>Monroe, NY 10949 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | ADT<br>PO Box 371956<br>Pittsburgh, PA 15250-7959 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | Advertising Special<br>Attn: Dana O'Halloran<br>3850 E. Street Road<br>Feasterville Trevose, PA 19053 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | Agile Pacific<br>4455 Morena Blvd., #216<br>San Diego, CA 92117 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | Alleson Athletic<br>2921 Brighton Henrietta Town<br>Line Road<br>Rochester, NY 14623 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | Alpha Shirt Company<br>Attn: Kim Hood<br>6 Neshaminy Interplex, 6th Floor<br>Feasterville Trevose, PA 19053 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | American Cartridge Recyclers<br>1444 W. Carmen Ave.<br>Chicago, IL 60640 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | Arrowear Athletic Apparel<br>Attn: Bob Heller<br>325 Hendrickson Ave.<br>Lynbrook, NY 11563 |
| The Cloz Companies, Inc.<br>5550 W. Touhy Ave., Suite 202<br>Skokie, IL 60077 | Associated Agencies, Inc.<br>1701 Golf Road<br>Rolling Meadows, IL 60008 |

**5**
_____ continuation sheets attached to Schedule of Codebtors

In re   **Michael Cohen**                                                          ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Associated Bank, N.A.**<br>**Attn: Mr. Mike Kenworthy**<br>**330 E. Kilbourn Ave., #200**<br>**Milwaukee, WI 53202** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **AT&T - 3885**<br>**PO Box 8212**<br>**Aurora, IL 60572-8212** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **AT&T - 7745**<br>**PO Box 8212**<br>**Aurora, IL 60572-8213** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Biltmore Trunk Mfg.**<br>**Attn: Frank**<br>**850 Shepherd Ave.**<br>**Brooklyn, NY 11208** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Brave USA**<br>**235 N. 1375 W. #130**<br>**Logan, UT 84321** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Brine Inc.**<br>**Attn: Mark Gabel**<br>**47 Summer St.**<br>**Milford, MA 01757** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Capco/H&C Headwear**<br>**1625 Todd Farm Drive**<br>**Elgin, IL 60123** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Customized Mats**<br>**Attn: Tom McBride**<br>**16 Mary St.**<br>**Georgetown, Ontario L7G2MD** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Dubow Textile Inc.**<br>**Attn: Robin Dubow**<br>**455 Lincoln Ave. NE**<br>**Saint Cloud, MN 56304** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Eagle USA**<br>**7309 Natural Bridge, Suite 203**<br>**Saint Louis, MO 63121** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **eLightbulbs**<br>**Attn: Carrie**<br>**11621 95th Ave. N**<br>**Maple Grove, MN 55369** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Excellent Art Mfg.**<br>**172 N. 10th St.**<br>**Brooklyn, NY 11211** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

In re  **Michael Cohen**                                                                    ,  Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **FedEx Ground Inc.**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Florida Department of Revenue**<br>**Chicago Service Center**<br>**4415 W. Harrison St., #448**<br>**Hillside, IL 60162-1903** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Freeland Studios**<br>**340 Huehl Road**<br>**Northbrook, IL 60062** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Gavina Graphics**<br>**1920 18th St.**<br>**Charleston, IL 61920** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Golden Horse Enterprises**<br>**Attn: Richard Haimowitz**<br>**488 Seventh Ave., Suite 8J/K**<br>**New York, NY 10018** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Groot**<br>**2500 Landmeier Road**<br>**Elk Grove Village, IL 60007** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **HBD**<br>**Attn: Brian King**<br>**3901 Riverdale Dr.**<br>**Greensboro, NC 27406** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Illinois Dept. of Labor**<br>**160 N. LaSalle St., Suite C-1300**<br>**Chicago, IL 60601-3150** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **J Charles**<br>**225 Gap Way**<br>**Erlanger, KY 41018** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Karen Urban**<br>**423 South Woodlawn St.**<br>**Wheaton, IL 60187** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Label Daddy**<br>**20631 Ventur Blvd., #200**<br>**Woodland Hills, CA 91364** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Lawrence & Schiiler Telephone**<br>**3817 S. Elmwood Ave.**<br>**Sioux Falls, SD 57105** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re    **Michael Cohen**                                                                    , Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Leeds**<br>**400 Hunt Valley Rd.**<br>**New Kensington, PA 15068** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Macke Water Systems, Inc.**<br>**PO Box 545**<br>**Wheeling, IL 60090** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Merchants and Manufacturer**<br>**801 S. Briggs St.**<br>**Joliet, IL 60433** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Miller & Cooper & Co. Ltd.**<br>**2 N. RIverside Plaza, #900**<br>**Chicago, IL 60606** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **MJ Soffe**<br>**Attn: Jamie**<br>**1 Soffe Dr.**<br>**Fayetteville, NC 28312** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Modern Glass Company;**<br>**1000 Industrial Blvd.**<br>**Aliquippa, PA 15001-4871** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Moretz**<br>**514 W. 21st St.**<br>**Newton, NC 28658** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Morrison & Morrison**<br>**32 North West St.**<br>**Waukegan, IL 60085** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Much Shelist**<br>**191 N. Wacker Dr., #1800**<br>**Chicago, IL 60606** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Northwestern Mutual Life**<br>**Attn: Dan Scmieder**<br>**PO Box 3009**<br>**Milwaukee, WI 53201-3009** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Ogletree Deakins**<br>**20 S> Clark St., Lobby 2**<br>**Chicago, IL 60603** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Pitney Bowes Global**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Pitney Works Purchase**<br>**2 Elmcroft Road**<br>**Stamford, CT 06926** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re    **Michael Cohen**                                          ,      Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Rann World Sourcing**<br>**1735 N. Paulina St.**<br>**Chicago, IL 60622-1133** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Rann World Sourcing**<br>**1735 N. Paulina St.**<br>**Chicago, IL 60622-1133** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Rhino Trunk & Case**<br>**Attn: Anita**<br>**565 Blossom Road**<br>**Rochester, NY 14610** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **RIfle**<br>**Attn: Lester or David Rief**<br>**14-25 Plaza Rd.**<br>**Fair Lawn, NJ 07410** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Rifle (Old Milberg)**<br>**Attn: Jim Alpern**<br>**300 Brook Stsreet**<br>**Scranton, PA 18505** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Rubber Stamps Unlimited**<br>**334 S. Harvey St., Suite 1**<br>**Plymouth, MI 48170** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **SK&W**<br>**Mike Schneiderman**<br>**6035 N. Northwest Highway #301**<br>**Chicago, IL 60631** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Stamar Packaging**<br>**Attn: Bob Urow**<br>**PO Box 1157**<br>**Bedford Park, IL 60499** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Storm Duds**<br>**100 Frank Mossberg Dr.**<br>**Attleboro, MA 02703** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Sunnywood**<br>**Attn: Willi Woo**<br>**2503 Spring Ridge Dr., Unit H**<br>**Spring Grove, IL 60081** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Teamwork Athletic Apparel**<br>**Attn: Parrish Franklin**<br>**1266 Newport Dr.**<br>**San Marcos, CA 92069** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Michael Cohen**                                                                    Case No. _____
                                                                        ,
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **TechPro**<br>**318 Anderson Blvd.**<br>**Geneva, IL 60134** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **The Hartford**<br>**1650 Borel Pl., #100**<br>**San Mateo, CA 94402** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **The Identity Source**<br>**40500 Grand River Ave., Suite A**<br>**Novi, MI 48375** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **TopNotch Silkscreening, Inc.**<br>**Attn: Sam**<br>**3382 S. ARcher Ave.**<br>**Chicago, IL 60608** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **UPS**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Verizon**<br>**PO Box 25505**<br>**Lehigh Valley, PA 18002-5505** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Waste Management**<br>**1411 Opus Place, #400**<br>**Downers Grove, IL 60515** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Xerox**<br>**PO Box 650361**<br>**Dallas, TX 75265-0361** |
| **The Cloz Companies, Inc.**<br>**5550 W. Touhy Ave., Suite 202**<br>**Skokie, IL 60077** | **Zoup**<br>**29177 Northwestern Hwy.**<br>**Southfield, MI 48034** |

Sheet   **5**   of   **5**   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Michael Cohen**                                                                              Case No. _____
                                         Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>-<br>Daughter<br>Daughter<br>Daughter<br>Daughter | AGE(S):<br>-<br>4<br>6<br>8<br>9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self-employed Consultant** | **Buyer** |
| Name of Employer | **EMC Ventures** | **Casindra H. Cohen** |
| How long employed | **2 years** | |
| Address of Employer | **7440 SW 126 Street**<br>**Miami, FL 33156** | **Cloz South, LLC**<br>**16085 NW 52 Avenue**<br>**Miami Gardens, FL 33014** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 2,800.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 2,800.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 600.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 600.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,200.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 23,000.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
|  | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 23,000.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 23,000.00 | $ 2,200.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 25,200.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Michael Cohen**                                                                    Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,950.00 |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 600.00 |
| b. Water and sewer | $ | 75.00 |
| c. Telephone | $ | 300.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 950.00 |
| 5. Clothing | $ | 800.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 500.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 600.00 |
| b. Life | $ | 4,500.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 300.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **Estimated Quarterly Self Employment Taxes** | $ | 7,500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 1,240.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 1,200.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 25,065.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 25,200.00 |
| b.    Average monthly expenses from Line 18 above | $ | 25,065.00 |
| c.    Monthly net income (a. minus b.) | $ | 135.00 |

10/28/13 4:11PM

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael Cohen**

Debtor(s)

Case No. _____

Chapter  **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**36**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 28, 2013** _____

Signature  **/s/ Michael Cohen** _____

**Michael Cohen**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Cohen**                                                          Case No.

_____
Debtor(s)                                    Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$233,000.00** | **2013: EMC Ventures** |
| **$303,326.00** | **2012: EMC Ventures** |
| **$333,940.00** | **2011: EMC Ventures** |
| **$98,293.00** | **2011: The Cloz Companies, Inc.** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■  **Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Crane, Heyman, Simon, Welch & Clar**<br>**Suite 3705**<br>**135 South LaSalle Street**<br>**Chicago, IL 60603-4297** | **7/10/13** | **$3.806 (includes filing fee of $306.00)** |

B7 (Official Form 7) (04/13)
4

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Money Management International**<br>**14141 Southwest Freeway, #1000**<br>**Sugar Land, TX 77478** | | **Debt Consolidation** |

---

**10.  Other transfers**

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 15. Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **1865 N. Wilmot, Chicago, IL 60604** | **Michael Cohen** | |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The Cloz Companies, Inc.** | 36-3829965 | **2910 W 36th St. Chicago, IL 60632** | **Outfitter for upscale summer camps** | |
| **EMC Ventures** | 27-223-360 | **7440 SW 126th St. Miami, FL 33156** | **Cleveland Cavalier Gear** | |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Michael Schneiderman Schneiderman Kohn & Winston, Ltd. 6035 N Northwest Hwy # 301 Chicago, IL 60631** | |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

B7 (Official Form 7) (04/13)
7

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Associated Bank, N.A.** | **2013** |
| **Attn: Mr. Mike Kenworthy** | |
| **330 E. Kilbourn Ave., #200** | |
| **Milwaukee, WI 53202** | |

---

**20. Inventories**

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)
9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 28, 2013**                   Signature   **/s/ Michael Cohen**

**Michael Cohen**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Cohen** _____    Case No. _____

Debtor(s)    Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
| --- | --- |
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered        ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>     ☐ Redeem the property<br>     ☐ Reaffirm the debt<br>     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>     ☐ Claimed as Exempt        ☐ Not claimed as exempt | |

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __October 28, 2013__          Signature  __/s/ Michael Cohen__

__Michael Cohen__

Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael Cohen**

Debtor(s)

Case No.

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,806.00 |
| Prior to the filing of this statement I have received | $ | 3,806.00 |
| Balance Due | $ | 0.00 |

2.  $  **306.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 28, 2013**

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**

---

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

JOHN H. REDFIELD
BRIAN P. WELCH

GLENN R. HEYMAN, OF COUNSEL
THOMAS W. GOEDERT, OF COUNSEL

SUITE 3705
135 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

WWW.CRANEHEYMAN.COM

June 19, 2013

**VIA EMAIL** - Mcohen@cloz.com

Michael Cohen
1865 N. Wilmot
Chicago, IL 60647

Re:   Michael Cohen; Workout of Credit Card Debt/Filing of Chapter 7 Bankruptcy
Case

Dear Michael:

This letter is sent to confirm the agreement reached with you concerning the retention of
the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSW&C") for purposes of
resolving credit card debt or, in the alternative, the filing of a Chapter 7 bankruptcy case
on your behalf. After review of this letter, please sign on the signature lines provided,
acknowledging your understanding of the terms of our retention, and return the original to
our office.

The Debtor has agreed to pay CHSW&C the sum of $3,806 as an advance payment
retainer for this engagement. In consideration of the payment of this retainer, CHSW&C
agrees to provide legal services on your behalf in connection with the matters upon which
CHSW&C has been retained. Unless otherwise billed directly to you, any costs incurred
during our representation shall be subject to reimbursement from you. In the event that the
legal services and expenses incurred exceed this retainer, it is understood that CHSW&C
shall be entitled to additional monies to account for the difference.

CHSW&C is unwilling to represent you without the payment of such advance payment
retainer, and the decision to pay an advance payment retainer to CHSW&C was your
choice, after consideration of other retainer options. The Debtor acknowledges that the
specific purpose of such advance payment retainer is to assure the Debtor of legal
representation at least until such time as the retainer is exhausted, and that the advantage
to the Debtor of such a retainer, is that it provides such assurance by reducing the risk of
creditor attachment of such a retainer and without the necessity of seeking bankruptcy
court and/or creditor approval with respect to same.

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

Michael Cohen
June 19, 2013
Page 2

In the event of the filing of a Chapter 7 case, the above amount will represent a fixed fee, unless you request our services with respect to actions filed against you objecting to either your discharge or the dischargeability of a particular debt, in which case you will be asked to furnish an additional retainer and will be billed at my usual hourly rate of $480.00 per hour, or at such hourly rate which is in effect at a later date.

At present, you have requested that we provide services in connection with the workout of your credit card debt. You will be billed hourly for these services pursuant to the list of hourly rates below. In the event that workout of the credit cards cannot be achieved, or that you choose to file a Chapter 7 case for whatever reason, you will replenish the retainer to the agreed level of $3,806 in order to file the Chapter 7 case.

This retainer is non-refundable and was treated as income by CHSW&C upon its receipt. You retain no legal or equitable interest in the retainer.

For your information the current hourly rates for CHSW&C are as follows:

| | |
|---|---|
| Eugene Crane | $495 |
| Arthur G. Simon | $480 |
| David K. Welch | $480 |
| Scott R. Clar | $480 |
| Jeffrey C. Dan | $405 |
| John K. Redfield | $380 |

The above hourly rates are subject to change on January 1 of each year.

Thank you for the opportunity to be of service to you. We look forward to a successful relationship. Of course, should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: _Scott R. Clar_

Scott R. Clar

SRC/mjo

LAW OFFICES

CRANE, HEYMAN, SIMON, WELCH & CLAR

Michael Cohen
June 19, 2013
Page 3

**AGREED, ACCEPTED AND UNDERSTOOD:**

By: _____

Michael Cohen

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Michael Cohen_____   Case No. _____
                                        Debtor(s)      Chapter    __7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| __Michael Cohen_____ | X __/s/ Michael Cohen_____  __October 28, 2013__ |
| Printed Name(s) of Debtor(s) | Signature of Debtor                    Date |
| | |
| Case No. (if known) _____ | X _____ |
| | Signature of Joint Debtor (if any)        Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Cohen**                                               Case No.

_____   Chapter   **7**
                                          Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **78**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my
(our) knowledge.

Date:   **October 28, 2013**                    **/s/ Michael Cohen**
_____        _____
                                         **Michael Cohen**
                                         Signature of Debtor

7440 LLC
Attn: Beatriz Salume Brayer
10103 Hidden Place
Miami, FL 33156
.

American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001

Capco/Hard Headwear
1625 Todd Farm Drive
Elgin, IL 60123

AAA Artco
Attn: Herman
PO Box 652
Monroe, NY 10949

Arrowear Athletic Apparel
Attn: Bob Heller
325 Hendrickson Ave.
Lynbrook, NY 11563

Capital One
P.O. Box 6492
Carol Stream, IL 60197-6492

ADT
PO Box 371956
Pittsburgh, PA 15250-7959

Associated Agencies, Inc.
1701 Golf Road
Rolling Meadows, IL 60008

Chase
PO Box 15123
Wilmington, DE 19850-5123

Advertising Special
Attn: Dana O'Halloran
3850 E. Street Road
Feasterville Trevose, PA 19053

Associated Bank, N.A.
Attn: Mr. Mike Kenworthy
330 E. Kilbourn Ave., #200
Milwaukee, WI 53202

Customized Mats
Attn: Tom McBride
16 Mary St.
Georgetown, Ontario L7G2MD

Agile Pacific
4455 Morena Blvd., #216
San Diego, CA 92117

AT&T - 3885
PO Box 8212
Aurora, IL 60572-8212

DIRECTV
PO Box 9001069
Louisville, KY 40290-1069

Alleson Athletic
2921 Brighton Henrietta Town
Line Road
Rochester, NY 14623

AT&T - 7745
PO Box 8212
Aurora, IL 60572-8213

Dubow Textile Inc.
Attn: Robin Dubow
455 Lincoln Ave. NE
Saint Cloud, MN 56304

Alpha Shirt Company
Attn: Kim Hood
6 Neshaminy Interplex, 6th Floor
Feasterville Trevose, PA 19053

Bank of America
P.O. Box 17054
Wilmington, DE 19850

Eagle USA
7309 Natural Bridge, Suite 203
Saint Louis, MO 63121

American Cartridge Recyclers
1444 W. Carmen Ave.
Chicago, IL 60640

Biltmore Trunk Mfg.
Attn: Frank
850 Shepherd Ave.
Brooklyn, NY 11208

eLightbulbs
Attn: Carrie
11621 95th Ave. N
Maple Grove, MN 55369

American Express
P.O. Box 0001
Los Angeles, CA 90096-8000

Brave USA
235 N. 1375 W. #130
Logan, UT 84321

Excellent Art Mfg.
172 N. 10th St.
Brooklyn, NY 11211

American Express
P.O. Box 00001
Los Angeles, CA 90096-8000

Brine Inc.
Attn: Mark Gabel
47 Summer St.
Milford, MA 01757

FedEx Ground Inc.
PO Box 94515
Palatine, IL 60094-4515

Florida Department of Revenue
Chicago Service Center
4415 W. Harrison St., #448
Hillside, IL 60162-1903

Karen Urban
423 South Woodlawn St.
Wheaton, IL 60187

Moretz
514 W. 21st St.
Newton, NC 28658

Freeland Studios
340 Huehl Road
Northbrook, IL 60062

Label Daddy
20631 Ventur Blvd., #200
Woodland Hills, CA 91364

Morrison & Morrison
32 North West St.
Waukegan, IL 60085

Gavina Graphics
1920 18th St.
Charleston, IL 61920

Law Offices osf Jacobs & Pinta
Attn: TIna M. Jacobs, Es1.
77 W. Washington ST., #1005
Chicago, IL 60602

Much Shelist
191 N. Wacker Dr., #1800
Chicago, IL 60606

Golden Horse Enterprises
Attn: Richard Haimowitz
488 Seventh Ave., Suite 8J/K
New York, NY 10018

Lawrence & Schiiler Telephone
3817 S. Elmwood Ave.
Sioux Falls, SD 57105

Northwestern Mutual Life
Attn: Dan Scmieder
PO Box 3009
Milwaukee, WI 53201-3009

Groot
2500 Landmeier Road
Elk Grove Village, IL 60007

Leeds
400 Hunt Valley Rd.
New Kensington, PA 15068

Ogletree Deakins
20 S> Clark St., Lobby 2
Chicago, IL 60603

HBD
Attn: Brian King
3901 Riverdale Dr.
Greensboro, NC 27406

Macke Water Systems, Inc.
PO Box 545
Wheeling, IL 60090

Pacific Financial Leasing
3455 S 344th Way
Auburn, WA 98001

Illinois Dept. of Labor
160 N. LaSalle St., Suite C-1300
Chicago, IL 60601-3150

Merchants and Manufacturer
801 S. Briggs St.
Joliet, IL 60433

Pitney Bowes Global
1 Elmcroft Road
Stamford, CT 06926

Internal Revenue Service
PO Box 802501
Cincinnati, OH 45280-2501

Miller & Cooper & Co. Ltd.
2 N. RIverside Plaza, #900
Chicago, IL 60606

Pitney Works Purchase
2 Elmcroft Road
Stamford, CT 06926

IRS/Special Procedures Branch
230 S. Dearborn, #3030A
Attn: STOP 5010-CHI
Chicago, IL 60604

MJ Soffe
Attn: Jamie
1 Soffe Dr.
Fayetteville, NC 28312

Rann World Sourcing
1735 N. Paulina St.
Chicago, IL 60622-1133

J Charles
225 Gap Way
Erlanger, KY 41018

Modern Glass Company;
1000 Industrial Blvd.
Aliquippa, PA 15001-4871

Rhino Trunk & Case
Attn: Anita
565 Blossom Road
Rochester, NY 14610

RIfle
Attn: Lester or David Rief
14-25 Plaza Rd.
Fair Lawn, NJ 07410

1850 Borel Pl., #100
San Mateo, CA 94402

Rifle (Old Milberg)
Attn: Jim Alpern
300 Brook Stsreet
Scranton, PA 18505

The Identity Source
40500 Grand River Ave., Suite A
Novi, MI 48375

Rubber Stamps Unlimited
334 S. Harvey St., Suite 1
Plymouth, MI 48170

TopNotch Silkscreening, Inc.
Attn: Sam
3382 S. ARcher Ave.
Chicago, IL 60608

SK&W
Mike Schneiderman
6035 N. Northwest Highway #301
Chicago, IL 60631

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Stamar Packaging
Attn: Bob Urow
PO Box 1157
Bedford Park, IL 60499

Verizon
PO Box 25505
Lehigh Valley, PA 18002-5505

Storm Duds
100 Frank Mossberg Dr.
Attleboro, MA 02703

Waste Management
1411 Opus Place, #400
Downers Grove, IL 60515

Sunnywood
Attn: Willi Woo
2503 Spring Ridge Dr., Unit H
Spring Grove, IL 60081

Xerox
PO Box 650361
Dallas, TX 75265-0361

Teamwork Athletic Apparel
Attn: Parrish Franklin
1266 Newport Dr.
San Marcos, CA 92069

Zoup
29177 Northwestern Hwy.
Southfield, MI 48034

TechPro
318 Anderson Blvd.
Geneva, IL 60134

The Cloz Companies, Inc.
5550 W. Touhy Ave., Suite 202
Skokie, IL 60077